**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-7008**

JERRY WAYNE WILSON,

Plaintiff - Appellant,

versus

DR. MARTIN DONELSON,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Magistrate Judge.
(CA-94-970-R)

Submitted:  December 14, 1995      Decided:  January 4, 1996

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry Wayne Wilson, Appellant Pro Se.  William Carrington Thompson, Chatham, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. The parties consented to the magistrate judge's jurisdiction under 28 U.S.C.A. § 636(c)(1) (West 1993). We have reviewed the record and the magistrate judge's order and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Wilson v. Donelson, No. CA-94-970-R (W.D. Va. June 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED